IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>PETER A. PANOZZO,<br><br>Defendant | NO. 5: 07-MJ-03-03 (CWH)<br><br>VIOLATIONS: 18 U.S.C. §§ 7 and 13 i/c/w O.C.G.A. §40-6-391(a)(1) and §40-6-391(a)(5) |

# O R D E R

Defendant PETER A. PANOZZO, having heretofore entered pleas of NOT GUILTY to the offenses of DRIVING UNDER THE INFLUENCE OF ALCOHOL (Counts I and II of the information), alleged to have been committed at Robins Air Force Base, Georgia, on or about November 23, 2006, violations of 18 U.S.C. §§ 7 and 13 i/c/w O.C.G.A. §40-6-391(a)(1) and §40-6-391(a)(5), and the undersigned having this day GRANTED his motion for a judgment of acquittal at the conclusion of the presentation of the government's case at a non-jury trial,

IT IS HEREBY ORDERED that defendant PETER A. PANOZZO be, and he is, ACQUITTED and DISCHARGED as to said charges.

LET JUDGMENT ENTER ACCORDINGLY.

SO ORDERED AND DIRECTED, this 14th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE